Kyle I. AHART, individually and as Next Friend for His Minor Child Ahart, Plaintiff–Appellant,

v.

Joe VICKERY, Individually and in his Official Capacity as Investigator Hardin County Sheriff's Department, Ed Cain, Individually and in his Official Capacity as Hardin County Sheriff, and Hardin County, Texas, Defendants–Appellees.

No. 04–40030.

United States Court of Appeals, Fifth Circuit.

Decided Dec. 8, 2004.

Kyle I. Ahart, Beaumont, TX, for Plaintiff–Appellant.

Andrea Neville Moore, Wrotenbery & Associates, Houston, TX, for Defendant–Appellee.

Before REAVLEY, DAVIS, WIENER, Circuit Judges.

PER CURIAM: *

The district court did not abuse its discretion in denying Ahart's Rule 60(b)(3) motion for relief from judgment. Appellees failure to disclose Officer Vickery's prior conviction did not prevent Ahart from fully and fairly presenting his case. *See Gov't Fin. Servs. One Ltd. P'ship v. Peyton Place*, 62 F.3d 767, 772 (5th Cir. 1995). The conviction was easily discoverable, and Ahart failed to respond to the Appellee's motion for summary judgment. AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.